JULIA B. STRICKLAND (SBN 83013)
*jstrickland@steptoe.com*
STEPHEN J. NEWMAN (SBN 181570)
*snewman@steptoe.com*
JAZLYN R. CABULA (SBN 335626)
*jcabula@steptoe.com*
**STEPTOE LLP**
2029 Century Park East, Ste. 980
Los Angeles, CA 90067
Telephone:   (213) 439-9400
Facsimile:   (213) 439-9599

Counsel for Plaintiffs
AMERICAN EXPRESS NATIONAL BANK
and AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN EXPRESS NATIONAL BANK, and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a New York corporation;<br><br>Plaintiff,<br><br>vs.<br><br>WELCOME TRADER'S, a California corporation; REHMAN TRADER'S, a California corporation; SARIB REHMAN, an individual; and MEHLAB FATIMA, an individual;<br><br>Defendants. | Case No. 2:24-cv-03320-WBS-SCR<br><br>**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFFS AMERICAN EXPRESS NATIONAL BANK AND AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendants American Express National Bank ("AENB") and American Express Travel Related Services Company, Inc. ("AETRS") (collectively, "American Express"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. AENB is a wholly owned subsidiary of AETRS, whose parent is American Express Company.

2. Berkshire Hathaway owns more than 10% or more of American Express Company's stock.

Dated:  December 9, 2024       STEPTOE LLP

By:  */s/ Stephen J. Newman*
Stephen J. Newman

Attorneys for Plaintiffs
AMERICAN EXPRESS NATIONAL BANK and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2024, a copy of the foregoing **CORPORATE DISCLOSURE STATEMENT OF PLAINTIFFS AMERICAN EXPRESS NATIONAL BANK AND AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Stephen J. Newman
Stephen J. Newman

*U.S. Mail*

Welcome Trader's
4495 Valverde Way
Sacramento, California 95823

Rehman Trader's
4495 Valverde Way
Sacramento, California 95823

Sarib Rehman
4495 Valverde Way
Sacramento, California 95823

Mehlab Fatima
4495 Valverde Way
Sacramento, California 95823