JULIA B. STRICKLAND (SBN 83013)
*jstrickland@steptoe.com*
STEPHEN J. NEWMAN (SBN 181570)
*snewman@steptoe.com*
JAZLYN R. CABULA (SBN 335626)
*jcabula@steptoe.com*
**STEPTOE LLP**
2029 Century Park East, Ste. 980
Los Angeles, CA 90067
Telephone:   (213) 439-9400
Facsimile:   (213) 439-9599

Counsel for Plaintiffs
AMERICAN EXPRESS NATIONAL BANK
and AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN EXPRESS NATIONAL BANK, and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a New York corporation; <br><br> Plaintiff, <br><br> vs. <br><br> WELCOME TRADER'S, a California corporation; REHMAN TRADER'S, a California corporation; SARIB REHMAN, an individual; and MEHLAB FATIMA, an individual; <br><br> Defendants. | Case No. 2:24-cv-03320-WBS-SCR <br><br> District Judge William B. Shubb <br> Magistrate Judge Sean C. Riordan <br><br> **DECLARATION OF STEPHEN J. NEWMAN IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** <br><br> Complaint Filed: November 27, 2024 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

I, Stephen J. Newman, Esq., declare as follows:

1.      I am a Partner at Steptoe LLP and one of the attorneys of record for Plaintiffs American Express National Bank ("AENB") and American Express Travel Related Services Company, Inc. ("AETRS") (collectively, "American Express") in this action. I am licensed to practice law in the State of California. I have personal knowledge of the matters set forth in this Declaration and if called upon to testify in court, I could and would competently do so. I submit this declaration in support of American Express' Request for Entry of Default.

2.      On February 5, 2025, at my direction, Welcome Trader's, Rehman Trader's, and Sarib Rehman were served the Summons, Complaint, and Civil Case Cover Sheet via personal service. The proofs of service were subsequently filed with this Court. True and correct copies of the filed proofs of service are attached hereto as **Exhibits A, B, and C**.

3.      On February 6, 2025, at my direction, Mehlab Fatima was served the Summons, Complaint, and Civil Case Cover Sheet via substituted service at her residential address by leaving the documents with a co-resident who was informed of the general nature of the papers. Personal service was attempted at least three times on Mehlab Fatima at multiple addresses, including her residential address. The proofs of service for all attempts of service, including the final substituted service, were subsequently filed with this Court. True and correct copies of the filed proofs of service are attached hereto as **Exhibit D**.

4.      To date, my office has not received a response to the Complaint from Defendants. As of today's date, I also have not seen on the Court's docket for this matter any response to the Complaint filed by Defendants.

1         5.     Defendants are not minors. On information and belief, Defendants are

2    not incompetent persons and are not in military service in the United States. No

3    attorney has entered an appearance in this action on behalf of Defendants.

     I declare under penalty of perjury under the laws of the United States and

4    California that the foregoing is true and correct.

5

6

7         Executed this 7th day of March, 2025, at Los Angeles, California.

8

9

10                          /s/ Stephen J. Newman

                       Stephen J. Newman

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF STEPHEN NEWMAN IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

1

2

**CERTIFICATE OF SERVICE**

3

I hereby certify that on March 7, 2025, a copy of the foregoing

4

**DECLARATION OF STEPHEN J. NEWMAN IN SUPPORT OF REQUEST**

5

**FOR ENTRY OF DEFAULT** was filed electronically and served by U.S. Mail on

6

anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail

7

to all parties by operation of the court's electronic filing system or by mail to anyone

8

unable to accept electronic filing as indicated on the Notice of Electronic Filing.

9

Parties may access this filing through the court's CM/ECF System.

10

11

*/s/ Stephen J. Newman*
Stephen J. Newman

12

13

*U.S. Mail*

14

Welcome Trader's
128 Dunfirth Ct
Hayward, California 94542-7944

15

16

Rehman Trader's
128 Dunfirth Ct
Hayward, California 94542-7944

17

18

Sarib Rehman
128 Dunfirth Ct
Hayward, California 94542-7944

19

20

Mehlab Fatima
128 Dunfirth Ct
Hayward, California 94542-7944

21

22

23

24

25

26

27

28