1  Evan Livingstone, SBN 252008
   WADE LITIGATION, APC
2  262 East Main Street
   Los Gatos, CA 95030
3  Direct Line:(408) 884-4018
   Telephone: (408) 842-1688
4  Facsimile:  (408) 549-1612
   Email: elivingstone@wadelitigation.com

Attorneys for Defendants
Welcome Trader's, Rehman Trader's,
Sarib Rehman, and Mehlab Fatima

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN EXPRESS NATIONAL BANK, and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a New York corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>WELCOME TRADER'S, a California corporation; REHMAN TRADER'S, a California corporation; SARIB REHMAN, an individual; and MEHLAB FATIMA, an individual;<br><br>Defendants. | Case No. 2:24-cv-03320-WBS-SCR<br><br>**ORDER APPROVING STIPULATION TO SET ASIDE DEFENDANTS' DEFAULT** |

Having considered the Stipulation of Plaintiffs AMERICAN EXPRESS NATIONAL BANK, AND AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. and Defendants WELCOME TRADER'S, REHMAN TRADER'S, SARIB REHMAN, and MEHLAB FATIMA to set aside Defendants' default [Dkt. 12], and good cause appearing,

**IT IS HEREBY ORDERED:**

1) The Default of Defendants WELCOME TRADER'S, REHMAN TRADER'S, SARIB REHMAN, and MEHLAB FATIMA entered on March 13, 2025, is set aside.

2) Defendants WELCOME TRADER'S, REHMAN TRADER'S, SARIB REHMAN, and MEHLAB FATIMA shall file a responsive pleading within 5 court days of the Court entering

this order setting aside Defendants' default.

Dated: April 17, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE