# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN EXPRESS NATIONAL BANK, and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a New York corporation,<br><br>         Plaintiffs,<br><br>     vs.<br><br>WELCOME TRADER'S, a California corporation; REHMAN TRADER'S, a California corporation; SARIB REHMAN, an individual; and MEHLAB FATIMA, an individual,<br><br>         Defendants. | Case No. 2:24-cv-03320-WBS-SCR<br><br>District Judge William B. Shubb<br>Magistrate Judge Sean C. Riordan<br><br>**ORDER GRANTING MOTION TO CONTINUE SCHEDULING ORDER** |

Having considered Plaintiffs American Express National Bank and American Express Travel Related Services Company, Inc.'s Motion to Modify the Status (Pretrial Scheduling) Order (ECF No. 18) to extend only the deadline by which discovery motions must be heard, and good cause appearing, IT IS HEREBY ORDERED:

1.     Paragraph IV of the Status (Pretrial Scheduling) Order (ECF No. 18) is modified as follows: "All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than **April 30, 2026**."

2.     All other dates and provisions of the Status (Pretrial Scheduling) Order—including the Final Pretrial Conference set for July 13, 2026 and the nonjury trial set to commence on September 15, 2026—remain unchanged.

**IT IS SO ORDERED.**

Dated:  February 24, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO CONTINUE SCHEDULING ORDER
Case No. 2:24-cv-03320-WBS-SCR