UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMERICAN EXPRESS NATIONAL
BANK, et al.,

                Plaintiffs,

        v.

WELCOME TRADER'S, et al.,

                Defendants.

No.  2:24-cv-03320-WBS-SCR

ORDER RE: DISCOVERY MOTIONS

Before the Court are Plaintiffs' two motions to confirm that requests for admission ("RFAs") are deemed admitted.  ECF Nos. 31 & 32.  By order filed April 20, 2026, the Court granted in part and reserved in part Plaintiffs' motions.  ECF No. 38.  In reserving in part Plaintiffs' motions, the Court ordered Defendants Mehlab Fatima and Sarib Rehman to truthfully and completely answer the RFAs within seven (7) days of the Court's order—by April 27, 2026. On April 28, 2026, counsel for Plaintiffs filed a declaration detailing counsel's steps to serve defendants with the April 20 order and representing that, "As of today's date, Defendants did not answer the RFAs."  ECF No. 41.  Accordingly, for the reasons provided in the April 20 order and for the reasons discussed at the April 16 hearing on Plaintiffs' motions, the Court ORDERS that Plaintiffs' RFAs served on October 15, 2025 be deemed admitted.

////

1

SO ORDERED.

DATED: April 29, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE