JULIA B. STRICKLAND (SBN 83013)
*jstrickland@steptoe.com*
STEPHEN J. NEWMAN (SBN 181570)
*snewman@steptoe.com*
ILANA G. ZELENER (SBN 311584)
*izelener@steptoe.com*
**STEPTOE LLP**
2029 Century Park East, Suite 980
Los Angeles, CA 90067
Telephone:   (213) 439-9400
Facsimile:   (213) 439-9599
Email:       *docketing@steptoe.com*

Attorneys for Plaintiffs
   AMERICAN EXPRESS NATIONAL BANK
   and AMERICAN EXPRESS TRAVEL RELATED
   SERVICES COMPANY, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN EXPRESS NATIONAL BANK, and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a New York corporation;<br><br>              Plaintiffs,<br><br>      vs.<br><br>WELCOME TRADER'S, a California corporation; REHMAN TRADER'S, a California corporation; SARIB REHMAN, an individual; and MEHLAB FATIMA, an individual;<br><br>              Defendants. | Case No. 2:24-cv-03320-WBS-SCR<br><br>District Judge William B. Shubb<br>Magistrate Judge Sean C. Riordan<br><br>**AMENDED ORDER GRANTING PLAINTIFFS AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST THE INDIVIDUAL DEFENDANTS**<br><br>Hearing:<br>Date:        June 22, 2026<br>Time:        1:30 p.m.<br>Courtroom: 5, 14th floor<br><br>Complaint Filed: November 27, 2024 |

The Court, having considered Plaintiffs American Express National Bank and American Express Travel Related Services Company, Inc.'s Motion for Summary Judgment Against The Individual Defendants, Mehlab Fatima ("Fatima") and Sarib Rehman ("Rehman") brought pursuant to Federal Rule of Civil Procedure 56, the supporting Memorandum of Points and Authorities, the Declaration of Ilana G. Zelener, the Separate Statement of Undisputed Facts, the pleadings and records on file in this action, and all other matters properly before the Court, and good cause appearing, hereby ORDERS as follows:

1. The Individual Defendants were properly served with Plaintiffs' Requests for Admission and failed to timely serve responses.

2. On April 29, 2026, pursuant to Federal Rule of Civil Procedure 36(a)(3), the Court ordered that Plaintiffs' Requests for Admission be deemed admitted.

3. The Individual Defendants have not moved to withdraw or amend those admissions under Rule 36(b).

4. The deemed admissions conclusively establish: the existence and enforceability of the governing American Express Cardmember Agreements; Plaintiffs' performance under those agreements; the Individual Defendants' breaches of those agreements; the absence of any payment satisfying the outstanding balances; and the amount of damages owed.

5. There are no genuine disputes of material facts and Plaintiffs have established all elements of their claims for breach of contract (claims 1-4), account stated (claim 7), unjust enrichment (claim 8), and money-had-and-received (claim 9).

6. Plaintiffs are entitled to recover damages, interest, and contractual attorneys' fees and costs from the Individual Defendants, consistent with the relief sought in the Complaint and supported by Plaintiffs' submissions.

- 1 -

Accordingly, **IT IS HEREBY ORDERED** that:

1.      Plaintiffs' Motion for Summary Judgment against Defendant Mehlab Fatima on claims 1, against Rehman on claims 2, 3, and 4, and against both Individual Defendants on claims 7-9 is **GRANTED**.

2.      Plaintiffs are awarded $3,992,731.17, consisting of $3,455,066.11 in principal and $537,665.06 in pre-judgment interest (at a rate of 10% per annum), jointly and severally, against Defendants Mehlab Fatima and Sarib Rehman.

3.      Plaintiffs are further awarded their reasonable attorneys' fees and costs pursuant to the governing Cardmember Agreements, in an amount to be determined upon submission of a post-judgment motion, supplemental declaration, or otherwise.

4.      This Order constitutes a final order as to the Individual Defendants, which is to be incorporated into a final judgment.

Dated:  June 10, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

- 2 -
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R. 8-3)
CASE NO.: 2:20-CV-03532 PA (JCX)

MIA 31599923