UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMERICAN EXPRESS NATIONAL BANK, et al.,

Plaintiffs,

v.

WELCOME TRADER'S, et al.,

Defendants.

No. 2:24-cv-3320-WBS-SCR

ORDER

On June 24, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 54. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 24, 2026, are adopted in full;

2. Plaintiffs' Motion for Default Judgment Against Corporate Defendants (ECF No. 43) is GRANTED.

3. Plaintiffs are awarded $3,992,731.17, consisting of $3,455,066.11 in principal and $537,665.06 in pre-judgment interest (at a rate of 10% per annum) against Defendants Rehman

Trader's, Inc. and Welcome Trader's, Inc.

4. Plaintiffs are further awarded their reasonable attorneys' fees and costs pursuant to the governing Cardmember Agreements, in an amount to be determined upon submission of a post judgment motion, supplemental declaration, or otherwise.

5. This Order granting default judgment is considered a final order as to the Corporate Defendants which will be incorporated into a final judgment.

Dated: July 14, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Amer3320.801