UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| AMERICAN EXPRESS NATIONAL BANK, et al.,<br>Plaintiff,<br>v.<br>WELCOME TRADER'S, et al.,<br>Defendant. | No. 2:24-cv-3320 WBS SCR<br><br>ORDER |

----oo0oo----

Plaintiffs' motion for fees, costs, and pre-judgment interest (Docket No. 59) is hereby REFERRED to Magistrate Judge Sean C. Riordan for findings and recommendations pursuant to Fed. R. Civ. P. 54(d)(2)(D) and 28 U.S.C. 636(b)(1)(B).

IT IS SO ORDERED.

Dated: September 4, 2026

William B. Shubb

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE